UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZIENA ROZ** | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-5942<br>Plaintiff |
| Vs | |
| **ASSOCIATED BLACK CHARITIES & REYTON GERALD** | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 7/2/07 2:02 PM at 105 EAST 22ND STREET, SUITE 915 NEW YORK, NEW YORK 10010 Deponent served the within **SUMMONS AND COMPLAINT** on **REYTON GERALD** by delivering a true copy to him personally.

A description of the person served is as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **52-55**
Approx. Height **5'8"- 5'10"**
Approx. Wt **175-180 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
5TH day of JULY 2007

NOTARY    PUBLIC

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK6062213
Qualified In Kings County
Commission Expires July 30, 2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | AFFIDAVIT OF SERVICE |
|---|---|
|  | CASE # 07-CV-5942 |
| **ZIENA ROZ** | Plaintiff |
| Vs |  |
| **ASSOCIATED BLACK CHARITIES & REYTON GERALD** |  |
|  | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **7/2/07 2:02 PM** at **105 EAST 22ND STREET, SUITE 915 NEW YORK, NEW YORK 10010** Deponent served the within **SUMMONS AND COMPLAINT** on **ASSOCIATED BLACK CHARITIES** by delivering a true copy to **REYTON GERALD** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **52-55**
Approx. Height **5'8"- 5'10"**
Approx. Wt **175-180 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
_5_$^{TH}$ day of JULY 2007

NOTARY PUBLIC

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK6062213
Qualified In Kings County
Commission Expires July 30, 2009