Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ZEINA ROZ,

     Plaintiff,       : Index No. 07 Civ. 5942 (JSR)

  -against-

ASSOCIATED BLACK CHARITIES and RAYTON
GERALD,              **STIPULATION AND ORDER**

     Defendants.
----------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of the parties to the above-captioned action, as follows:

  1. The time for defendants Associated Black Charities and Rayton Gerald to appear, answer, move, or otherwise respond to the Summons and Complaint in this action be, and hereby is, extended from July 27, 2007 to and including August 27, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-07

2. This Stipulation may be signed in counterparts, and signatures provided via facsimile or electronically shall be deemed to be originals.

Dated: New York, New York
July 25, 2007

*[signature]*

Nkereuwem Umoh, Esq. (NU-7233)
255 Livingston Street, 4th Floor
Brooklyn, New York 11217
(718) 360-0527

*Attorney for Plaintiff*

DECHERT LLP

By: *[signature]*
Nicolle L. Jacoby (NJ-8682)
Brian H. Brick (BB-2849)
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

Of Counsel
Jerome A. Hoffman
Shane C. Siegel
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
(215) 994-4000

*Attorneys for Defendants Associated Black Charities and Rayton Gerald*

SO ORDERED: *[signature]*
7-30-07