Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ZEINA ROZ,

              Plaintiff,      :   Index No. 07 Civ. 5942 (JSR)

    -against-

ASSOCIATED BLACK CHARITIES and RAYTON
GERALD,                                **STIPULATION OF DISMISSAL**

              Defendants.
----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of the parties to the above-captioned action, as follows:

    1.    The above-captioned action is hereby dismissed in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs to any party as against the other.

    2.    Plaintiff's claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* and the Americans With Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, *et seq.*, are hereby dismissed with prejudice.

    3.    Plaintiff's remaining claims are hereby dismissed without prejudice.

    4.    This Stipulation may be signed in counterparts and signatures provided via facsimile or electronically shall be deemed to be originals.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-07
```

5. This stipulation may be filed with the Clerk of the Court without further notice or further proceedings.

Dated: New York, New York
August 14, 2007

Nkereuwem Umoh, Esq. (NU-7233)
255 Livingston Street, 4th Floor
Brooklyn, New York 11217
(718) 360-0527

*Attorney for Plaintiff*

DECHERT LLP

By: _____
Nicolle L. Jacoby (NJ-8682)
Brian H. Brick (BB-2849)
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

Of Counsel
Jerome A. Hoffman
Shane C. Siegel
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
(215) 994-4000

*Attorneys for Defendants Associated Black Charities and Rayton Gerald*

SO ORDERED:

_____
U.S.D.J.
8-20-07

2